# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL FARMER,** | **CASE NO. 2:08-cv-00097** |
| | **CRIM. NO. 2:05-cr-195** |
| Petitioner, | **JUDGE SMITH** |
| | **MAGISTRATE JUDGE ABEL** |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

## OPINION AND ORDER

On June 9, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

                 \s\ George C. Smith

                 GEORGE C. SMITH
                 United States District Judge